IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00825-BNB

MICHAEL A. MARTIN,

      Plaintiff,

v.

CREDIT JUSTICE, LLC,
CREDIT JUSTICE, LLC, d/b/a DEBIT LOANS LLC, and/or DEBIT CARD LOANS,
JOHN HILL, President and Owner of Credit Justice, Inc. and Debit Loan and Debit Card
     Loans, and as an Individual,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 5 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED April 15, 2009, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00825-BNB

Timothy R. Arnold
Attorney at Law
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___4/15/09___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk