FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00825-REB-KLM

MICHAEL A. MARTIN,

    Plaintiff,

v.

CREDIT JUSTICE, LLC,
CREDIT JUSTICE, LLC, d/b/a DEBIT LOANS LLC, and/or DEBIT CARD LOANS,
JOHN HILL, President and Owner of Credit Justice, Inc. and Debit Loan and Debit Card Loans, and as an Individual,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated:  April 17, 2009

             BY THE COURT:

             <u>s/ Kristen L. Mix</u>
             Kristen L. Mix
             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00825-REB-KLM

Timothy R. Arnold
Attorney at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Credit Justice d/b/a Debit Loans, LLC, LLC, Debit Card Loans and John Hill

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Credit Justice d/b/a Debit Loans, LLC, Debit Card Loans and John Hill: COMPLAINT FILED 04/10/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/20/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk