IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00825-REB-KLM

MICHAEL A. MARTIN,

    Plaintiff,

v.

CREDIT JUSTICE, LLC,
CREDIT JUSTICE, LLC, d/b/a DEBIT LOANS LLC, and/or DEBIT CARD LOANS,
JOHN HILL, President and Owner of Credit Justice, Inc. and Debit Loan and Debit Card
    Loans, and as an Individual,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Stay Scheduling Order and Case Pending Agreed Upon Mediation** [Docket No. 13; Filed July 5, 2009] (the "Motion"). The Court construes the Motion as a request to vacate and reset the Scheduling Conference pending the parties' attempt to settle the case.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for July 9, 2009 at 11:00 a.m. is **vacated** and **RESET** to **October 1, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Given that the District Judge assigned to this matter prefers to expedite cases for trial, **no further extensions of the Scheduling Conference or associated deadlines shall be permitted**.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **September 28, 2009**.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **September 28, 2009**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  July 6, 2009