**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00825-REB-KLM

MICHAEL A. MARTIN,

    Plaintiff,

v.

CREDIT JUSTICE, LLC,
CREDIT JUSTICE, LLC, d/b/a DEBIT LOANS LLC, and/or DEBIT CARD LOANS, and
JOHN HILL, President and Owner of Credit Justice, Inc., and Debit Loan and Debit
Card Loans, and as an individual,

    Defendants.

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me is the parties' **Joint Motion To Stay Case Pending Completion of Agreed Upon Settlement Requirements** [#17] filed September 28, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that under **D.C.COLO.LCivR 41.2** this action should be closed. administratively.

**THEREFORE IT IS ORDERED** as follows:

1. That the parties' **Joint Motion To Stay Case Pending Completion of Agreed Upon Settlement Requirements** [#17] filed September 28, 2009, is **GRANTED**; and

2. That pursuant to **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated September 30, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge